# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. GONZALEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>ADAMS, et. al.,<br><br>        Defendants.<br>_____/ | CV F   06  1421 AWI SMS P<br><br>ORDER DISREGARDING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (Doc. 9.)<br><br>ORDER DENYING MOTION FOR SERVICE OF COMPLAINT.  (Doc. 10.) |

    Michael A. Gonzalez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on October 13, 2006.  On February 1, 2007, Plaintiff filed an Ex Parte Application for leave to file an Amended Complaint.  On March 22, 2007, Plaintiff submitted both an Amended Complaint and a Motion for Order of Service of the Complaint and for review of his Complaint.

**A. Motion for Leave to File Amended Complaint**

    A plaintiff may amend his complaint once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a). Fed.R.Civ.P. 15(a); <u>Bonn v. Calderon</u>, 59 F.3d 815, 845 (9th Cir. 1995).  Leave of Court is required for all other amendments.  Rule Civ. P. 15(a).  While the Court should freely give leave to amend if justice requires, the Court may deny leave to amend if the amendment would be futile or subject to dismissal.  <u>Bonn</u>, 59 F.3d at 845; <u>Saul v. United States</u>, 928 F.2d 829, 843 (9th Cir. 1991).

Here, as permission was not required for the submission of the first Amended Complaint and because Plaintiff filed an Amended Complaint on March 23, 2007, the request is DISREGARDED.

**B. Motion for Service of The Complaint**

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the Court will, *sua sponte*, direct the United States Marshal to serve the Complaint only after the Court has screened the Complaint and determined that it contains cognizable claims for relief against the named Defendants. As the Court has yet to screen Plaintiff's case, his request for service is premature and unnecessary. Further, Plaintiff is informed that the Court has hundreds of prisoner civil rights cases pending before it. As a result, it screens Plaintiff's the Complaints in the order in which they are filed. Plaintiff can rest assured that should his address with the court remain current, he will receive all orders issued in his case. Accordingly, the Motion for Service of the Complaint is DENIED.

**C. Order**

The Court HEREBY ORDERS:

1. The Application to file an Amended Complaint is DISREGARDED; and
2. The Motion for Order of Service of Complaint is DENIED.

IT IS SO ORDERED.

**Dated:   March 27, 2007**                     /s/ Sandra M. Snyder
icido3                                                       UNITED STATES MAGISTRATE JUDGE